Accordingly, the order of the Superior Court is reversed.

■

**Donald Kenneth SHAFFER, Petitioner,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

March 21, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of March, 2003, probable jurisdiction is noted and the April 4, 2002 Commonwealth Court order is affirmed

■

**Ralph GRIFFITH, Appellant**

v.

**John SNADER and Kennett Township and Commonwealth of Pennsylvania, Department of Transportation, Appellees.**

Supreme Court of Pennsylvania.

March 24, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 24th day of March, 2003, we **DISMISS** the appeal as having been improvidently granted.